# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       **Plaintiffs,**<br><br>**vs.**<br><br>**MICHAEL HALL**<br><br>       **Defendant.** | **8:04CR338**<br><br>**ORDER OF DISMISSAL** |

IT IS ORDERED:

1. That the Defendant's Motion to Dismiss his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 147, is granted;

2. The § 2255 Motion, ECF No. 134, is dismissed, without prejudice; and

3. The Clerk will mail a copy of this Order to the Defendant at the Defendant's last known address.

Dated this 4th day of April, 2017.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge